# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

International Union of Operating Engineers, Local 150, AFL–CIO

Plaintiff,

v.

Case No.: 1:24−cv−00148

Honorable Nancy L. Maldonado

JB Scapes, LLC a/k/a Lawnmasters Group, LLC a/k/a Lawnmasters Landscaping Services a/k/a Lawnmasters Landscaping Services, LLC

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

MINUTE entry before the Honorable Nancy L. Maldonado: Status and default judgment hearing held on 4/9/2024. Defendant was not present and has not appeared in the case. Plaintiff's motion for entry of default and judgment [7] is granted. Judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $19,383.72. Enter final judgment order. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.